THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL ROUTH, on behalf of RICHARD M. NICHOLSON,<br><br>                    Plaintiff,<br>     v.<br><br>BANK OF AMERICA, N.A.,<br><br>                    Defendant. | CASE NO. C24-0563-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's Rule 6(b)(1) motion (Dkt. No. 15) asking to extend its response deadline to Plaintiff's motion to compel (Dkt. No. 13) by two weeks. It appears Defendant mistakenly construes Plaintiff's motion to be governed by LCR 7(d)(2), which would require a response no later than 9 days after the filing of Plaintiff's motion. In fact, Plaintiff's motion is governed by LCR 7(d)(3), which requires a response no later than 15 days after the filing of Plaintiff's motion. Therefore, Defendant's motion to extend its response deadline (Dkt. No. 15) is DENIED as moot.

The briefing schedule for Plaintiff's motion, **as provided in LCR 7(d)(3)**, governs. Defendant's response to Plaintiff's motion to compel is due January 8, 2025, and Plaintiff's reply

is due January 14, 2025.

DATED this 31st day of December 2024.

                                  Ravi Subramanian
                                  Clerk of Court

                                  s/Kathleen Albert
                                  Deputy Clerk